IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-02384-JLK**

**CECILIA DURANCE o/b/o ROBERT MONTELONGO,**

      Plaintiff,

  v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

      Defendant.

---

# ORDER

---

Kane. J.

On consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 23), and for good cause appearing,

**ORDERED** that the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g)[1] and REMANDED to the Commissioner for further administrative proceedings, as follows:

On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) for further evaluation of the record and a new decision.  The Appeals Council will direct the ALJ to:

-     evaluate and weigh the opinion of Dr. Mory at Exhibit 20F;

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58, consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

- further evaluate whether there are jobs that exist in significant numbers that Plaintiff can perform; and

- obtain supplemental vocational expert evidence.

Dated:  March 3, 2015

_**s/John L. Kane**_
SENIOR U.S. DISTRICT JUDGE