IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-02384-JLK**

**CECILIA DURANCE o/b/o ROBERT MONTELONGO,**

    Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

    Defendant.

# ORDER

Upon consideration of Defendant's Unopposed Motion to Amend/Correct/Modify (Doc. 28) filed pursuant to Fed. R. Civ. P. 60(a), and good cause appearing therefor, it is

**ORDERED** that the second paragraph of the Court's May 29, 2015 order indicating that Plaintiff is entitled to costs in the amount of $400.00 to be paid by the Judgment Fund, *see* 28 U.S.C. §§ 2412(c)(1), 2444 (*see* Doc. 27), is AMENDED to reflect that, consistent with the parties' stipulation (*see* Doc. 26), Plaintiff is entitled to costs in the amount of $60.00 to be paid by the Judgment Fund, *see* 28 U.S.C. §§ 2412(c)(1), 2444.

Dated: June 23, 2015

                                              *s/ John L. Kane*
                                        SENIOR U.S. DISTRICT COURT JUDGE